UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEACON CORPORATION, et al.,<br><br>             Plaintiffs,<br><br>        v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>             Defendant. | Case No. 17-cv-01260-SI<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE TRANSFERRED FOR IMPROPER VENUE** |

On March 9, 2017, plaintiffs Deacon Corporation and Deacon Holdings, Inc., filed this breach of contract action, alleging that defendant Navigators Specialty Insurance Co. owes outstanding money on plaintiffs' claim under its forgery coverage. Docket No. 1.

Plaintiff asserts that "[v]enue in this district is proper because all defendants reside in this State and district within the meaning of 28 U.S.C. § 1391, subd. (b) and (d)." *Id.* ¶ 4. However, plaintiff's complaint alleges that defendant "is a New York corporation and has its principal place of business in Stamford, Connecticut." *Id.* ¶ 2. Plaintiffs are a California and Delaware corporation, "both with their principal place of business in Citrus Heights, California[,]" which is located in the Eastern District of California. *See id.* ¶ 1. Plaintiffs' "claim concerns the construction of a hotel in El Segundo, California[,]" which is located in the Central District of California. *See id.* ¶ 10. Plaintiff has not alleged any facts that would show that venue is proper in this district, the Northern District of California. *See* 28 U.S.C. § 1391.

///

**Accordingly, plaintiff is ORDERED TO SHOW CAUSE in writing by no later than March 31, 2017, why this case should not be transferred for improper venue.** Plaintiff is further ORDERED to serve a copy of this Order on defendant/defendant's counsel **no later than March 24, 2017.**

**IT IS SO ORDERED**.

Dated: March 17, 2017

_____
SUSAN ILLSTON
United States District Judge